479 A.2d 1091

Schaible, Appellant, v. Home Insurance Co.

Submitted May 22, 1984. James E. Delbello, for appellant; Edward J. Carney, Jr., for appellees.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Order affirmed.

July 5, 1984.

479 A.2d 1091

Commonwealth v. Gliddon, Appellant.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Submitted June 6, 1984. Jonathan Blum, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.